UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 15-02327-RAO                                        Date: November 30, 2015
Title: Maryanna M. Brandt v. Carolyn W. Colvin

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**     (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

Plaintiff Maryanna M. Brandt ("Plaintiff") initiated this action on March 30, 2015. Dkt. No. 1. Pursuant to the Court's May 19, 2015 Order Regarding Further Proceedings, Plaintiff's "Memorandum in Support of Plaintiff's Complaint" ("Memorandum") was due on October 8, 2015. Dkt. No. 15 at ¶ 5.

On October 8, 2015, the Court granted Plaintiff's request to extend the deadline to file her Memorandum to October 22, 2015. Dkt. Nos. 20-21. Then, on October 29, 2015, the Court granted Plaintiff's second request to extend the deadline to file her Memorandum to November 20, 2015. Dkt. Nos. 22-23.

As of today, November 30, 2015, Plaintiff has not filed her Memorandum.

In light of the foregoing, **IT IS HEREBY ORDERED** that Plaintiff must show cause, in writing, on or before **December 7, 2015,** why this matter should not be dismissed due to her failure to prosecute. **Failure to timely comply with this Order to Show Cause and/or to show cause will result in the dismissal of this action**.

**IT IS SO ORDERED.**

                                                                                       :
                                                         Initials of Preparer     gr